IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL G. BURGESS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-724-M |
| | ) | |
| EDWARD EVANS, Interim Director DOC, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On November 3, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by November 23, 2014. On November 24, 2014, petitioner filed his "General Objection to Magistrate's Report and Recommendation."

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 20] issued by the Magistrate Judge on November 3, 2014;

(2) DENIES petitioner's Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 8th day of December, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE